FILED
October 17, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003839091

2
SHERYL A. STRAIN
CHAPTER 7 TRUSTEE
575 E. ALLUVIAL AVE., #101
FRESNO, CA 93720
PHONE: (559) 435-2100
FAX: (559) 435-5656

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In the Matter of:                ) Case No.: 10-14439-B-7
                                 )
GURDEV SINGH                     ) DC No.: SAS-1
                                 )
                                 ) **MOTION FOR AUTHORIZATION TO**
                                 ) **SELL PERSONAL PROPERTY**
                                 )
        Debtor.                  ) Date:  November 22, 2011
                                 ) Time:  10:00 A.M.
                                 ) Dept:  B
                                 ) Judge: Honorable W. Richard Lee

**TO THE HONORABLE W. RICHARD LEE UNITED STATES BANKRUPTCY JUDGE:**

    1.    Sheryl A. Strain is the duly appointed qualified, and acting Trustee of the above-entitled estate.

    2.    The above-captioned case was filed under Chapter 7 on April 25, 2010, and Sheryl A. Strain was appointed Chapter 7 Trustee.

    3.    This Court has jurisdiction over this proceeding by virtue of U.S.C. §1334(a). This a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

    4.    Among the assets of this estate is a 2005 GMC HUMMER ("GMC"), Vehicle Identification Number 5GRGN22U85H108921.

5. The debtor's schedules listed the value of the GMC at $21,475.00. The debtor claimed $3,525.00 of the value of the GMC exempt under California Code §703.140(b)(2).

6. I investigated the GMC's value, and I believe, based upon my experience as a Chapter 7 Trustee, that the vehicle has value as follows:

| Estimated Fair Market Value | Debtor's Exemption | Costs of Sale | Net to Estate |
| --- | --- | --- | --- |
| $ 21,475.00 | $ 3,525.00 | $ 3,950.00 | $ 14,000.00 |

The Estimated fair market was taken from information obtained from the Kelly Blue Book issued on, or about, the date the debtor's bankruptcy petition was filed.

7. The Trustee has received an offer from the debtor, Gurdev Singh, to purchase the non-exempt equity in the GMC for the total sum of Fourteen Thousand and 00/100 Dollars ($14,000.00) cash. The total sum of $14,000.00 has been received by the estate, and deposited to an estate account.

8. In deciding to accept the proposed offer, the Trustee took into consideration the fair market value of the vehicle, the current condition of the vehicle, and the costs associated with taking possession of, storing, and selling the vehicle at auction. The Trustee does not believe that the estate would net a higher amount by selling the vehicle at auction.

9. The Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE,** the Trustee prays that after appropriate notice and opportunity to be heard, she be authorized to sell the above-described asset to the debtor, Gurdev Singh, for the total sum of $14,000.00.

Dated: 10/17/11

/s/ Sheryl A. Strain
Sheryl A. Strain
Chapter 7 Trustee